UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DMITRY ARTEMOV,

                     Plaintiff,

      -against-


 THE CITY OF NEW YORK, *et al.,*

                  Defendants.
----------------------------------------------------------------X

**ORDER**

**24 CV 1908 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

Defendants' counsel writes "to advise the Court that the parties settled the case." ECF No. 32. The Court commends the parties for their efforts to resolve this matter. The parties shall file a stipulation discontinuing the case by March 31, 2025. All other deadlines are adjourned *sine die*.

SO ORDERED.

                                     /S/

                        LOIS BLOOM
                        United States Magistrate Judge


Dated:  February 25, 2025
          Brooklyn, New York